UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES REED, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:05CV1495 CDP |
| | ) |
| UNION PACIFIC RAILROAD CO., et al., | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that the February 5, 2007, trial setting is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.  Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of August, 2006.