UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES REED, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1495 CDP |
| ) | |
| UNION PACIFIC RAILROAD CO., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Pursuant to the settlement hearing held **September 1, 2006**, and my finding that the settlement and apportionment thereof are fair and in good faith,

**IT IS HEREBY ORDERED** that plaintiffs' petition for approval and apportionment of wrongful death settlement is GRANTED.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 1st day of September, 2006.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE